10:27 AM  
04/17/19  
Accrual Basis

# EZ2C Targets
## Profit & Loss
### March 2019

|  | Mar 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Custom Target Work | 49.00 |
| **Merchandise Sales** | |
| Amazon Sales | 5,585.50 |
| Merchandise Sales - Other | 13,505.70 |
| **Total Merchandise Sales** | 19,091.20 |
| **Total Income** | 19,140.20 |
| **Cost of Goods Sold** | 6,769.92 |
| **Gross Profit** | 12,370.28 |
| **Expense** | |
| Commissions | 507.53 |
| Advertising and Promotion | 419.50 |
| Automobile Expense | 1,288.06 |
| CC merchant fees | 30.00 |
| Computer and Internet Expenses | 111.18 |
| Insurance Expense | 126.00 |
| Lodging | 581.29 |
| Office Supplies | 33.89 |
| Postage | 144.07 |
| Rent Expense | 1,502.00 |
| Shipping | 1,229.71 |
| Show table fee | 695.00 |
| Utilities | 764.92 |
| **Total Expense** | 7,433.15 |
| **Net Ordinary Income** | 4,937.13 |
| **Other Income/Expense** | |
| Other Income | 394.85 |
| Other Expense | 910.38 |
| **Net Other Income** | -515.53 |
| **Net Income** | 4,421.60 |

10:28 AM
04/17/19
Accrual Basis

# EZ2O Targets
# Profit & Loss
## February 2019

|  | Feb 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Custom Target Work | 40.00 |
| **Merchandise Sales** | |
| Amazon Sales | 4,816.43 |
| Merchandise Sales - Other | 22,285.00 |
| **Total Merchandise Sales** | 27,101.43 |
| **Total Income** | 27,141.43 |
| **Cost of Goods Sold** | 5,033.06 |
| **Gross Profit** | 22,108.37 |
| **Expense** | |
| Commissions | 2,132.88 |
| Advertising and Promotion | 838.50 |
| Automobile Expense | 1,846.32 |
| CC merchant fees | 30.00 |
| Computer and Internet Expenses | 86.19 |
| Lodging | 1,228.05 |
| Postage | 271.07 |
| Professional Fees | 250.00 |
| Rent Expense | 1,502.00 |
| Shipping | 1,180.45 |
| Show table fee | 543.33 |
| **Utilities** | |
| Electric & Gas | 251.53 |
| Telephone Expense | 59.99 |
| **Total Utilities** | 311.52 |
| **Total Expense** | 10,220.31 |
| **Net Ordinary Income** | 11,888.06 |
| **Other Income/Expense** | |
| **Other Income** | |
| Online Shipping | 420.65 |
| **Total Other Income** | 420.65 |
| **Net Other Income** | 420.65 |
| **Net Income** | 12,308.71 |

10:29 AM  
04/17/19  
Accrual Basis

# EZ2C Targets
## Profit & Loss
### January 2019

|  | Jan 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Merchandise Sales** | |
| Amazon Sales | 5,542.48 |
| Merchandise Sales - Other | 8,527.30 |
| **Total Merchandise Sales** | 14,069.78 |
| **Total Income** | 14,069.78 |
| **Cost of Goods Sold** | |
| Toner for Ricoh | 244.98 |
| Cost of Goods Sold | 3,849.25 |
| Online Discount | 754.59 |
| **Total COGS** | 4,848.82 |
| **Gross Profit** | 9,220.96 |
| **Expense** | |
| Commissions | 727.57 |
| Advertising and Promotion | 295.34 |
| Automobile Expense | 1,051.12 |
| CC merchant fees | 30.30 |
| **Computer and Internet Expenses** | |
| Internet Hosting fees | 25.00 |
| Software | 71.19 |
| **Total Computer and Internet Expenses** | 96.19 |
| Lodging | 1,233.58 |
| Postage | 399.07 |
| Rent Expense | 1,502.00 |
| Repairs and Maintenance | 80.00 |
| Shipping | 1,207.36 |
| Show Materials/Supplies | 42.38 |
| Show table fee | 605.00 |
| **Utilities** | |
| Electric & Gas | 307.49 |
| Telephone Expense | 696.61 |
| **Total Utilities** | 1,004.10 |
| **Total Expense** | 8,274.01 |
| **Net Ordinary Income** | 946.95 |
| **Other Income/Expense** | |
| **Other Income** | |
| Online Shipping | 429.60 |
| **Total Other Income** | 429.60 |
| **Net Other Income** | 429.60 |
| **Net Income** | **1,376.55** |

10:30 AM
04/17/19
Accrual Basis

# E22C Targets
## Profit & Loss
### December 2018

|  | Dec 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Custom Target Work | 79.00 |
| Merchandise Sales | |
|     Amazon Sales | 11,783.36 |
|     Merchandise Sales - Other | 13,118.38 |
| **Total Merchandise Sales** | 24,901.74 |
| **Total Income** | 24,980.74 |
| **Cost of Goods Sold** | 4,782.36 |
| **Gross Profit** | 20,198.38 |
| **Expense** | |
| Commissions | 1,237.00 |
| Interest Expense | 6,956.31 |
| Miscellaneous Exp | 468.99 |
| Advertising and Promotion | 217.10 |
| Automobile Expense | 1,748.57 |
| Bank Service Charges | 16,076.35 |
| CC merchant fees | 30.00 |
| Computer and Internet Expenses | 243.07 |
| Depreciation Expense | 4,647.00 |
| Insurance Expense | 921.16 |
| Lodging | 87.76 |
| Postage | 144.07 |
| Professional Fees | 250.00 |
| Rent Expense | 1,502.00 |
| Repairs and Maintenance | 140.00 |
| Shipping | 1,272.44 |
| Show Materials/Supplies | 402.13 |
| Show table fee | 195.00 |
| Utilities | |
|     Telephone Expense | 59.99 |
| **Total Utilities** | 59.99 |
| **Total Expense** | 36,598.94 |
| **Net Ordinary Income** | -16,400.56 |
| **Other Income/Expense** | |
| Other Income | |
|     Online Shipping | 366.95 |
| **Total Other Income** | 366.95 |
| **Net Other Income** | 366.95 |
| **Net Income** | **-16,033.61** |

Page 1

12:20 PM  
04/16/19  
Accrual Basis

# EZ2C Targets
## Profit & Loss
### November 2018

|  | Nov 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Custom Target Work | 0.00 |
| **Merchandise Sales** | |
| Amazon Sales | 7,215.57 |
| Merchandise Sales - Other | 12,871.10 |
| **Total Merchandise Sales** | 20,086.67 |
| **Total Income** | 20,086.67 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | -9,279.60 |
| Online Discount | 636.61 |
| **Total COGS** | -8,642.99 |
| **Gross Profit** | 28,729.66 |
| **Expense** | |
| Miscellaneous Exp | 400.00 |
| Advertising and Promotion | 213.10 |
| Automobile Expense | 1,054.87 |
| CC merchant fees | 30.00 |
| Computer and Internet Expenses | 282.91 |
| Insurance Expense | 593.97 |
| Lodging | 188.79 |
| Postage | 344.07 |
| Rent Expense | 1,502.00 |
| Repairs and Maintenance | 40.92 |
| Shipping | 1,556.97 |
| Show table fee | 12,540.00 |
| **Utilities** | |
| Electric & Gas | 435.27 |
| Telephone Expense | 401.82 |
| **Total Utilities** | 837.09 |
| **Total Expense** | 19,584.69 |
| **Net Ordinary Income** | 9,144.97 |
| **Other Income/Expense** | |
| **Other Income** | |
| Online Shipping | 501.20 |
| **Total Other Income** | 501.20 |
| **Net Other Income** | 501.20 |
| **Net Income** | **9,646.17** |

12:19 PM
04/16/19
Accrual Basis

# EZ2O Targets
# Profit & Loss
## October 2018

|  | Oct 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Custom Target Work | 0.00 |
| **Merchandise Sales** | |
| Amazon Sales | 4,036.35 |
| Merchandise Sales - Other | 10,160.91 |
| **Total Merchandise Sales** | 14,197.26 |
| **Total Income** | 14,197.26 |
| **Cost of Goods Sold** | |
| Toner for Ricoh | 40.00 |
| Cost of Goods Sold | 2,987.66 |
| Online Discount | 1,075.77 |
| **Total COGS** | 4,103.43 |
| **Gross Profit** | 10,093.83 |
| **Expense** | |
| Commissions | 0.75 |
| Advertising and Promotion | 504.80 |
| Automobile Expense | 1,332.44 |
| CC merchant fees | 30.00 |
| Computer and Internet Expenses | 723.65 |
| Insurance Expense | 465.97 |
| Lodging | 192.20 |
| Office Supplies | 31.66 |
| Postage | 164.07 |
| Professional Fees | 355.00 |
| Rent Expense | 1,502.00 |
| Repairs and Maintenance | 175.00 |
| Shipping | 499.44 |
| Show Materials/Supplies | 23.30 |
| Show table fee | 195.00 |
| **Utilities** | |
| Electric & Gas | 232.13 |
| Telephone Expense | 746.89 |
| **Total Utilities** | 979.02 |
| **Total Expense** | 7,174.30 |
| **Net Ordinary Income** | 2,919.53 |
| **Other Income/Expense** | |
| **Other Income** | |
| Online Shipping | 483.30 |
| **Total Other Income** | 483.30 |
| **Net Other Income** | 483.30 |
| **Net Income** | 3,402.83 |

9:51 PM
04/15/19
Accrual Basis

# EZ 20 Targets
# Profit & Loss
## September 2018

|  | Sep 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Merchandise Sales** | |
| Amazon Sales | 4,844.95 |
| Merchandise Sales - Other | 14,424.80 |
| **Total Merchandise Sales** | 19,269.75 |
| **Total Income** | 19,269.75 |
| **Cost of Goods Sold** | |
| Toner for Ricoh | 266.05 |
| Cost of Goods Sold | 12,153.64 |
| Online Discount | 280.90 |
| **Total COGS** | 12,700.59 |
| **Gross Profit** | 6,569.16 |
| **Expense** | |
| Commissions | 359.29 |
| Miscellaneous Exp | 55.43 |
| Advertising and Promotion | 126.00 |
| Automobile Expense | 1,002.15 |
| CC merchant fees | 30.30 |
| Computer and Internet Expenses | 393.64 |
| Lodging | 909.18 |
| Postage | 129.07 |
| Professional Fees | 250.00 |
| Rent Expense | 1,502.00 |
| Repairs and Maintenance | 200.00 |
| Shipping | 1,395.16 |
| Show table fee | 195.00 |
| **Utilities** | |
| Electric & Gas | 241.47 |
| Telephone Expense | 59.99 |
| **Total Utilities** | 301.46 |
| **Total Expense** | 6,848.68 |
| **Net Ordinary Income** | -279.52 |
| **Other Income/Expense** | |
| **Other Income** | |
| Online Shipping | 375.90 |
| **Total Other Income** | 375.90 |
| **Net Other Income** | 375.90 |
| **Net Income** | **96.38** |