Certificate Number: 03088-PAE-DE-032867746

Bankruptcy Case Number: 19-12689



03088-PAE-DE-032867746

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 23, 2019, at 11:32 o'clock AM CDT, Mark Gregory completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 24, 2019                By:   /s/David Nungesser for Edna Medrano

                                   Name: Edna Medrano

                                   Title: Counselor