# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                         Chapter 13

                                         Bankruptcy No. 19-12689-ELF

MARK  GREGORY

1130 DEER RUN COURT

SOUTHAMPTON, PA 18966-

        Debtor

### CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MARK  GREGORY

1130 DEER RUN COURT

SOUTHAMPTON, PA 18966-

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

                                      /S/ William C. Miller

Date: 8/15/2019

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee