# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MARK GREGORY<br>MICHELE GREGORY A/K/A<br>MICHELE L. D. GREGORY (Non-Filing Co-Debtor)<br>**Debtors** | CHAPTER 13<br><br>BK. No. 19-12689 ELF |

## ORDER

(Doc. # 39)

AND NOW, this 6th day of September, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**