IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Mark Gregory | : | Chapter 13 |
| | : | |
| | : | Case No.  19-12689ELF |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 37.

Dated:  October 17, 2019                                   /s/ Brad J. Sadek, Esquire
                                                                          Brad J. Sadek, Esquire
                                                                          Sadek and Cooper
                                                                          1315 Walnut Street, Suite 502
                                                                          Philadelphia, PA 19107
                                                                          215-545-0008