United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mark Gregory  
    Debtor

Case No. 19-12689-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: TashaD    Page 1 of 1    Date Rcvd: Nov 20, 2019  
                      Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.  
db          +Mark Gregory,    1130 Deer Run Court,    Southampton, PA 18966-4624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:
         BRAD J. SADEK     on behalf of Debtor Mark  Gregory brad@sadeklaw.com,   bradsadek@gmail.com
         JEROME B. BLANK     on behalf of Creditor    Wells Fargo Bank, N.A. As Successor By Merger To
          Wachovia Bank, N.A. paeb@fedphe.com
         REBECCA ANN SOLARZ     on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
          bkgroup@kmllawgroup.com
         THOMAS YOUNG.HAE SONG     on behalf of Creditor    Wells Fargo Bank, N.A. As Successor By Merger To
          Wachovia Bank, N.A. paeb@fedphe.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                   TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mark Gregory
        Debtor(s)

Chapter: 13

Bankruptcy No: 19−12689−elf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 19th day of November, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Eric L. Frank
                                          Judge ,
                                          United States Bankruptcy Court