United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mark Gregory  
    Debtor

Case No. 19-12689-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Oct 07, 2021     Form ID: 138OBJ     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Gregory, 1130 Deer Run Court, Southampton, PA 18966-4624 |
| 14385198 | + | Caliber Home Loans, C/O SCOTT M. ROTHMAN, Halberstadt Curley LLC, 1100 E. Hector Street, Ste. 425, Conshohocken, PA 19428-2353 |
| 14353749 | + | Martin A. Mooney, Esquire, 950 New Loudon Road, Suite 109, Latham, NY 12110-2190 |
| 14314865 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14319856 | + | Nationstar Mortgage LLC D/B/A Mr. Cooper, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14349902 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14333992 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14314866 | + | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 14322980 | + | The CBE Group, PO Box 2217, Waterloo, IA 50704-2217 |
| 14314870 | + | Tsarouhis Law Group, 21 S 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 14314872 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14314873 | + | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |
| 14324357 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14352060 | #+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14368529 | + | Wells Fargo Bank, N.A. As Successor, By Merger To Wachovia Bank, N.A., c/o THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14367961 | | Wells Fargo Bank, N.A. As Successor By Merger To W, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 07 2021 23:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2021 23:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 07 2021 23:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14319737 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Oct 07 2021 23:26:38 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 14318029 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Oct 07 2021 23:26:36 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14314862 | + | Email/PDF: ais.bmw.ebn@americaninfosource.com | Oct 07 2021 23:26:39 | Bmw Bank Of North Amer, Attn: Bankruptcy, Po Box 3608, Dublin, OH 43016-0306 |
| 14314864 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2021 | Form ID: 138OBJ | Total Noticed: 29 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Oct 07 2021 23:16:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14314863 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 07 2021 23:26:36 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14352256 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2021 23:26:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14314867 | + Email/PDF: gecsedi@recoverycorp.com | Oct 07 2021 23:26:36 | Syncb/ebay, Po Box 965013, Orlando, FL 32896-5013 |
| 14315185 | + Email/PDF: gecsedi@recoverycorp.com | Oct 07 2021 23:26:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14314868 | + Email/PDF: gecsedi@recoverycorp.com | Oct 07 2021 23:26:42 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14314869 | Email/Text: bankruptcy@td.com | Oct 07 2021 23:16:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14314871 | | Unifund CCR, LLC |
| 14322982 | | Unifund CCR, LLC |
| 14322972 | *+ | Bmw Bank Of North Amer, Attn: Bankruptcy, Po Box 3608, Dublin, OH 43016-0306 |
| 14322974 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14322973 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14322975 | *+ | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14322976 | *+ | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 14322977 | *+ | Syncb/ebay, Po Box 965013, Orlando, FL 32896-5013 |
| 14322978 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14322979 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 14322981 | *+ | Tsarouhis Law Group, 21 S 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 14322983 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14322984 | *+ | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |

TOTAL: 2 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2021 at the address(es) listed below:**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 07, 2021 | Form ID: 138OBJ | Total Noticed: 29

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Mark Gregory brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank N.A. As Successor By Merger To Wachovia Bank, N.A. paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Wells Fargo Bank N.A. As Successor By Merger To Wachovia Bank, N.A. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Mark Gregory
        Debtor(s)

Case No: 19−12689−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/7/21